IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BANCO POPULAR NORTH AMERICA,

    Plaintiff,

v.

MIGUEL D. LAUSELL,

    Defendant.

MISC. NO. 14-296 (PAD)

# WRIT OF ATTACHMENT

THE UNITED STATES OF AMERICA    }
THE PRESIDENT OF THE UNITED STATES  }
THE COMMONWEALTH OF PUERTO RICO  }

**TO:  AGUEDO DE LA TORRE ALMA**, a private party designated by the Court to execute the Writ of Attachment in lieu of the U.S. Marshal

**WHEREAS**, on October 15, 2014, the Court entered the following Order directing issuance of a Writ of Attachment (Docket No. 3):

### ORDER OF ATTACHMENT

Upon Plaintiff's application for execution of the Default Judgment entered on July 19, 2013 by the United States District Court for the Southern District of New York in Civil No. 13-0111(PGG) and appearing from the records of this Court and from plaintiff's motion that Mr. Miguel D. Lausell has failed to pay plaintiff the sums of money adjudged to be paid under the Default Judgment.

**IT IS ORDERED**, that cash, checks, monies in bank or other institutions, accounts receivables, promissory notes, stocks, bonds, securities, chattel paper, negotiable instruments or documents and any other property of Miguel D. Lausell, subject to attachment, up to the value of the liquidated amount of $283,093.39 with interest and late fees calculated from December 14, 2011 in accordance with the terms of the promissory note in the amounts $70,055.14 and $12,475.82 respectively, plus costs and disbursement in the amount of $14,233.73, amounting all to $379,858.08 (the "Judgment") plus any other fees directly incurred

during and solely related to the execution of the Judgment to be attached, levied, garnished or seized the amount owed pursuant to the Judgment entered by the Court on\ this action; further,

**IT IS ORDERED** that the Clerk of this Court issues a writ of attachment directed to Mr. Aguedo De La Torre Alma, an experienced process server and private party with no interest in this matter, designated to act as a levying officer to executed the writ of attachment in lieu of the U.S. Marshal, directing him to attach, garnish, levy or seize any and all: a) Money deposited under Miguel D. Lausell's name in any deposit account, checking account and/or certificate of deposit at any bank located in Puerto Rico is served with a copy of the writ of attachment; b) Money deposited under Miguel D. Lausell's name in any deposit account, checking account and/or certificated of deposit at any financial institution, saving and lo loans association or other institutions of similar nature located in Puerto Rico that is served with a copy of the writ of attachment; c) Account receivables of Miguel D. Lausell payable by any third party that is served with a copy of the writ of attachment; d) Any and all stock, stock options or bonds held by Miguel D. Lausell or by any financial institution that is served with a copy of the writ of attachment, who manages Miguel D. Lausell's investments; e) Any and all instruments, negotiable documents or chattel paper owned by the Miguel D. Lausell or held by a third party under Miguel D. Lausell's instructions that is served with a copy of the writ of attachment; f) Any and all of Miguel D. Lausell's interest in personal property or interest in personal property of a decedent's estate; g) any other property or liquid asset of the Miguel D. Lausell in his possession or in possession of a third party that is served with a copy of the writ of attachment, up to a value of $283,093.39 with interest and late fees calculated from December 14, 2011 in accordance with the terms of the promissory note in the amounts of $70,055.14 and $12,475.82 respectively, plus costs and disbursement in the amount of $14,233.73, amounting all to $379,858.08 plus any other fees directly incurred during and solely related to the execution of the Judgment. All such properties shall be seized and deposited in the Office of the Clerk of the Court should they be monies or if they consist of other personal property by placing the same under the custody of the custodian named in this Order; and in the event of garnishment, by giving notice of this Order to Miguel D. Lausell, and requiring the surrender of the property or payment of the money to Mr. Aguedo de la Torre Alma, the private party designated in lieu of the U.S. Marshal, at the time the obligation becomes due and payable. Mr. Aguedo de la Torres Alma, the private party designated in lieu of the U.S. Marshal, is hereby authorized to break and open locks as may be necessary to executed the attachment; it is further

**ORDERED** that Mr. Aguedo de la Torres Alma, the private party designated in lieu of the U.S. Marshal, shall thereafter file a return of execution describing the property attached, garnished or seized pursuant to this Order, it is further

**ORDERED** that the custodian hereby appointed on request of plaintiff shall also be: Mr. Aguedo de la Torre Alma, address: C/Yahueca, DK-15, Secc. 5ta., Levittown, Toa Baja, Puerto Rico 00949.

**SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of October, 2014.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge

**WHEREFORE**, you, Aguedo de la Torre Alma, are hereby ordered, by virtue of this Writ of Attachment and in complies with the Order copied above, to proceed with the execution of the Judgment duly certified as entered against the defendant Miguel D. Lausell and in favor of the plaintiff Banco Popular North America by the United States District Court for the Southern District of New York in Civil No. 13-0111(PGG).

**BY ORDER OF THE COURT.**

In San Juan, Puerto Rico, on this 28th day of October, 2014.

**FRANCES RÍOS DE MORÁN, ESQ.**
**CLERK, U.S. DISTRICT COURT**

by: Gizelle M. Rivera, Deputy Clerk