

PO Box 362708
San Juan, Puerto Rico 00936-2708
Teléfonos (787) 765-9800, 751-9800

November 17, 2014

FRANCES RIOS DE MORAN, CLERK OF THE COURT
FEDERICO DEGETAU FEDERAL BLDG
ROOM 150
150 CARLOS CHARDON AVE.
SAN JUAN, PR. 00918-1740

**RE: MIGUEL D. LAUSELL**
**CIVIL MO: 14296(PAD)**
**BPPR: 14954-17NOV2014**

Dear Clerk of the U.S. District Court:

In compliance with the received request, we certify that as a result of our investigation no accounts were found for the party names provided in the receivership order at Banco Popular of Puerto Rico .

Upon the delivery of this information, we have complied completely with the requirement of reference.

If you need additional information, please contact us at (787) 751-9800 ext. 31-2858.

Cordially,

Bernadette Guzman Alvelo
Legal Officer